## 8821.  CLARK *v.* CHANCELLOR.

WADE, C. J.  The assignments. of error not controlled by the judgment of this court in the case of *Clark* v. *Harper*, ante, 817, are without substantial merit.  Under the pleadings and evidence as presented in the petition for certiorari, the judge of the superior court did not err in overruling the certiorari.

> Judgment affirmed.  George and Luke, JJ., concur.
> DECIDED SEPTEMBER 13, 1917.

Certiorari; from Fulton superior court—Judge Pendleton. March 20, 1917.

*Neufville & Neufville,* for plaintiff in error.

*Hendrix & Silverman,* contra.

## 8823.  CLARK *v.* JOHNSON.

LUKE, J.  The assignments of error not controlled by the judgment of this court in the case of *Clark* v. *Harper*, ante, 817, are without substantial merit.  Under the pleadings and evidence as presented in the petition for certiorari, the judge of the superior court did not err in overruling the certiorari.

> Judgment affirmed.  Wade, C. J., and George, J., concur.
> DECIDED SEPTEMBER 13, 1917.